# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO



FILED
APR 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

E-filing   CR 08   0272   SI

CELSO MARTEARENA-ARRIOLA

DEFENDANT(S).

## INDICTMENT

VIOLATION:
TITLE 8, United States Code, Section 1326 - Illegal Reentry
Following Deportation

---

A true bill.

_____ Foreman

Filed in open court this _29th_ day of

_APRIL 2008_.

_____ Clerk

Bail, $ _No Process_.

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 8 U.S.C., Section 1326 - Illegal Reentry by an Alien after Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Maximum Prison Term of 20 Years;
Maximum Fine of $250,000;
Maximum Term of Supervised Release of 3 years;
Mandatory Special Assessment of $100.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ CELSO MARTEARENA-ARRIOLA

DISTRICT COURT NUMBER

CR 08 0272 SI

FILED
APR 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

3-08-70222 JL

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Lara M. Kroop

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   If "Yes"
been filed?   ☐ No    give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED   Month/Day/Year
TO U.S. CUSTODY  ▶  4/16/2008

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                     NORTHERN DISTRICT OF CALIFORNIA
10                         SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,        )   No. CR 08 0272
13 |         Plaintiff,                )   VIOLATION: Title 8, United States
                                       )   Code, Section 1326 – Illegal Reentry
14 |    v.                             )   Following Deportation
                                       )
15 | CELSO MARTEARENA-ARRIOLA,         )
                                       )   SAN FRANCISCO VENUE
16 |         Defendant.                )
                                       )
17 |_____)
18
19                              I N D I C T M E N T
20  The Grand Jury charges:
21         On or about November 29, 1994, November 14, 1995, August 7, 1998, June 21, 2001,
22  and April 27, 2005, the defendant,
23                          CELSO MARTEARENA-ARRIOLA,
24  an alien, was excluded, deported and removed from the United States, and thereafter, on or about
25  April 9, 2008, was found in the Northern District of California, the Attorney General of the
26  United States and the Secretary of Homeland Security not having expressly consented to a
27  //
28  //

    INDICTMENT

1  re-application by the defendant for admission into the United States, in violation of Title 8,
2  United States Code, Section 1326.
3
4  DATED:                                              A TRUE BILL.
5
6                                                     _____
                                                      FOREPERSON
7
   JOSEPH P. RUSSONIELLO
8  United States Attorney
9
10 _____
   GREGG LOWDER
11 Chief, Major Crimes Section
12
   (Approved as to form: _____ )
13                       SAUSA KROOP
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

   INDICTMENT