# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 5/9/08

Case No.   CR-08-0272  SI            Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- CELSO MARTEARENA-ARRIOLA (C)

Attorneys:   Schmidt            Bornstein

Deputy Clerk: Tracy Sutton  Court Reporter: J. Yeomans

## PROCEEDINGS

1)  Status - HELD
2)  
3)  

Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN PART    (  ) SUBMITTED

Case continued to  @ 11:00 a.m.  for

Case continued to  @ 11:00 a.m.  for Motions
(Motion due , Opposition  Reply )

Case continued to **6/24/08 @ 3:30 P.M.**  for Pretrial Conference

Case continued to **6/30/08 @ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _____
**Delay begins:**        **Delay ends:**
(              )

ORDERED AFTER HEARING:


(SPEEDY TRIAL DEADLINE AS OF TODAY: )