JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
LARA M. KROOP (CSBN 239512)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7200
    Facsimile:  (415) 436-7234
    E-mail: Tracie.Brown@usdoj.gov
           Lara.Kroop2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR 08-0272 SI |
| ) | |
|     Plaintiff, ) | **GOVERNMENT'S NOTICE OF EXPERT TESTIMONY (RULE 16)** |
| ) | |
|     v. ) | |
| ) | Trial Date:       June 30, 2008 |
| CELSO MARTEARENA-ARRIOLA, ) | Pretrial Conf.:   June 24, 2008 |
| ) | |
|     Defendant. ) | |

       Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) and discovery previously provided in the matter, the government here discloses the expert testimony it intends to offer at trial.  The government reserves its right to supplement this Notice as its trial preparation continues.

**I.    Expert's Qualifications**

       Kenneth Woods is a Senior Fingerprint Specialist with the Department of Homeland Security, Immigration and Customs Enforcement, Forensic Document Laboratory in McLean, Virginia.  He has more than 20 years of experience in the field of fingerprint identification.  He is qualified as an expert in fingerprint examination in the U.S. District Court for the Districts of

GOVT'S EXPERT NOTICE
CR 08-0272 SI

Arizona and the Virgin Islands. He has also been accepted as an expert in fingerprint examination in all three levels of court in Prince William County, Virginia.

The government provided a full summary of Mr. Woods' qualifications, as contained in his curriculum vitae, to the Defendant on June 9, 2008. *See* Bates No.CMA0423-0425.

## II.     Expert's Opinions and Bases Therefor

Mr. Woods will testify as to his review and examination of the fingerprints on the Warrants of Deportation and the fingerprints on the fingerprint cards contained in the Defendant's A-file. The government anticipates that Mr. Woods will offer his expert opinion that the fingerprints on each document that he reviewed and examined were made by the same individual. He will testify that his opinion was made by an analysis, comparison, and evaluation of the friction ridge detail on the documents he reviewed. Mr. Woods will also testify that his conclusions are based on the two fundamental principles of friction ridge identification: (1) friction ridges present in fingerprints begin to develop in the fetus and persist, unchanged, until after death when decomposition destroys the ridged skin and; (2) no two fingerprints are the same, even identical twins. Mr. Woods will further testify that the means of arriving at this conclusion was based on the standard ACE-V (Analysis, Comparison, Evaluation – Verification) methodology and he will further explain this methodology.

The government provided Mr. Woods' report of his analysis to the Defendant on June 9, 2008. *See* Bates No. CMA0421-0422.

DATED: June 13, 2008                               Respectfully submitted,

                                                   JOSEPH P. RUSSONIELLO
                                                   United States Attorney


                                                   _____/s/_____
                                                   LARA M. KROOP
                                                   Special Assistant United States Attorney