BARRY J. PORTMAN
Federal Public Defender
STEVEN J. KOENINGER
Research and Writing Attorney
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant MARTEARENA-ARRIOLA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-0272 SI |
| Plaintiff, | ) ) ) | **DEFENDANT'S MOTION IN LIMINE TO EXCLUDE MEXICAN BIRTH CERTIFICATE** |
| v. | ) ) | |
| CELSO MARTEARENA-ARRIOLA, | ) ) | Pre-Trial Conference: June 24, 2008 |
| Defendant. | ) ) | |

## I.  INTRODUCTION

The government has disclosed its intent to offer into evidence a copy of a document purporting to be Defendant's Mexican birth certificate and a partial translation of that document.[1] Because the purported Mexican birth certificate is not properly authenticated under Federal Rule of Evidence 902(3), Defendant respectfully moves this Court for an order precluding its admission into evidence at trial.

## II.  DISCUSSION

Under Federal Rule of Evidence 902(3), foreign documents are self-authenticating if

---

[1] A copy of the document at issue bears the Bates numbers CMA0414-416 and is attached hereto as Exhibit A.

1        [1] executed or attested in an official capacity by a person authorized by the laws of a foreign country to make the execution or attestation, *and* [2] *accompanied by a final certification* as to the genuineness of the signature and official position (A) of the executing or attesting person, or (B) of any foreign official whose certificate of genuineness of signature and official position relates to the execution or attestation or is in a chain of certificates of genuineness of signature and official position relating to the execution or attestation.

Fed. R. Evid. 902(3) (numbering and emphasis added).

The Eleventh Circuit Court of Appeals has recently explained the dual requirements of Rule 902(3):

> First, there must be some indication that the *document* is what is purports to be. Thus, the proffered document must be executed by a proper official in his official capacity, or the genuineness of the document must be attested to by a proper official in his official capacity. Second, there must be some indication that the *official* vouching for the document is who he purports to be. Accordingly, the rules require that one of a specified group of foreign officials must issue a final certification attesting to the genuineness of signature and title of the person executing or attesting to the document, or of another official who has certified the signature and position of the person executing or attesting to the document.

*United States v. Deverso*, 518 F.3d 1250, 1256 (11th Cir. 2008) (internal quotations and citations omitted) (emphasis in original).

The purported Mexican birth certificate offered by the government in this case fails to meet both requirements of Rule 902(3). First, although the document appears to contains an attestation from a government official and a stamp from the "Registro Civil Actopam, Ver.", *see* Ex. A at CMA0416, the government has not produced an English translation of this section of the document. Accordingly, the government has not demonstrated that the purported birth certificate satisfies the first prong of Rule 902(3).

Second, even assuming that the purported birth certificate does meet the first requirement of Rule 902(3), the document nevertheless fails to meet the Rule's second requirement. Specifically, the government has not produced a "final certification attesting to the genuineness of signature and title of the person executing or attesting to" the Mexican birth certificate.

DEF.'S MOT. IN LIMINE TO EXCL. EVID. –
CR 08-272 SI                                                            2

1  *Deverso*, 518 F.3d at 1256; *see also* Fed. R. Evid. 902(3). Because such final certification is

2  absent, the document is inadmissible under Rule 902(3). *See* Fed. R. Evid. 902(3).

### III.  CONCLUSION

4      For the foregoing reasons, Defendant respectfully requests that this Court issue an order

5  precluding the admission of the purported Mexican birth certificate at trial.

7  Dated: June 17, 2008

8                                           Respectfully submitted,

10                                           /s

11                                           BARRY J. PORTMAN
                                         Federal Public Defender

# EXHIBIT A

# EXHIBIT A



LEGALIZATION PROJECT
CATHOLIC CHARITIES
1456 Monterey Highway
San Jose, CA. 95110
Q.D.E.I.D. No. 03-058-00

## TRANSLATION OF A "BIRTH CERTIFICATE"
(print or type)

1.- NAME: __CELSO__ _____ __MARTEARENAS__
    (first)     (middle)     (last)

2.- BIRTH: - Place: __Congregacion de Santa Rosa__, __Actopan, Veracruz__   __Mexico__
    (city or town)   (state or province)   (country)
   - Date: __MARCH__ / __11__ / __1959__
    (month)    (day)    (year)

3.- FATHER'S NAME: __CELSO__ _____ __MARTEARENAS__
    (first)    (middle)    (last)

4.- MOTHER'S NAME: __HERLINDA__ _____ __ARRIOLA__
    (first)    (middle)    (last)

5.- CERTIFICATE ISSUED: - Date: __DECEMBER__ / __15__ / __1959__
    (month)    (day)    (year)
   - Place: __ACTOPAN__   __VERACRUZ__   __MEXICO__
    (city or town)   (state or province)   (country)
   - Magistrate: __ARNULFO GRAJALES__
    (full name)

6.- CERTIFICATE FOUND: Archive or Register: __ONE__, Page: __Not given__, No.: __223__

7.- NOTATIONS OF IMPORTANCE:

### CERTIFICATION OF TRANSLATOR'S COMPETENCE

I, __Ana C. Pineda__, hereby certify that the above is an accurate translation of the original birth certificate in __Spanish__, and that I am competent in both English and __Spanish__ to render such translation.

Date: __8__ / __30__ / __1988__        _____
                                                                       (signature of translator)

CMA0414



**EN NOMBRE DE LA REPUBLICA DE MEXICO,** y como Juez del Estado Civil de este lugar hago saber a los que la presente vieren, y certifico ser cierto que a la foja ........ del libro número .. uno .. correspondiente al año 1960, que lleva ............ oficina del Registro Civil, se encuentra un acta del tenor siguiente:

SERIE B  Nº 68215          EDICION 1960

Al márgen un sello con el Escudo Nacional que dice.-Registro Civil.-Actopan, Ver.-Estados Unidos Mexicanos.-Número 223 Doscientos veintitres.-Reconocimiento de Celso Montearena hijo de Celso Montearena y de Herlinda Arriola.-Santa Rosa.-Al Centro.-En el pueblo de Actopan, Ver, siendo las 10 horas del día 14 de diciembre de 1960 ante mí Carlos Blanco López Presidente del H. Concejo Municipal y encargado de la oficina del estado civil de este municipio, se recibió un acta del tenor siguiente: En la Congregación de Santa Rosa del Mpio de Actopan, del estado de Veracruz, a las 10 horas del día 15 de diciembre de 1959 ante mí Arnulfo Grajales Agente Municipal y encargado de la oficina del estado civil de esta Congregación, comparecieron el señor Celso Montearena y la señora Herlinda Arriola, de este origen y vecindad, solteros, agricultores, el primero de 26 años de edad, el segunda de 24 años de edad, y con habitación en las casa sin número, y presentaron un niño vivo a quién pusieron por nombre "CELSO MONTEARENA ARRIOLA" nacido en la casa citada a las 13 horas del día 11 de marzo de 1959.-Ambos comparecientes manifiestan que reconocen como hijo natural al niño presentado, y piden que en esta acta se hagan constar sus nombres para los efectos de la Ley; así como que la presentación del expresado niño la verifican dentro del término designado por el artículo 681 del Código Civil.-Fueron testigos de este acto los señores Ladislao Domínguez y Emilio Rojas, de este origen y vecindad, solteros, agricultores, el primero de 30 años de edad, el segundo de 24 años de edad, y con habitación en las casas sin números.-Leída esta acta y conformes con ella firman.-El Agente Municipal.-Rúbrica.-Los Comparecientes.-Rúbricas.-Testigos.-Rúbricas.-Es copia fiel tomada de su original la cual se archiva en esta oficina y marcada con el número de esta acta.-Carlos Blanco López.-Rúbrica.- - - - - - - -

CMA0415

ES COPIA FIEL TOMADA DE SU ORIGINAL, la cual se expide en el pueblo de Actopan, Veracruz, a los catorce días del mes de diciembre de mil novecientos sesenta.-- -- -- -- -- -- -- --

El Pdte. del H. Concejo Municipal.
y Enc. de la Ofna. del Reg. Civil.



Carlos _____ López.

CMA0416