1  BARRY J. PORTMAN
   Federal Public Defender
2  19th Floor Federal Building
   450 Golden Gate Avenue
3  San Francisco, CA 94102
   Telephone: (415) 436-7700
4
   Counsel for Defendant
5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR-08-0272 SI
                                    )
12              Plaintiff,           )   DEFENDANT'S PROPOSED VERDICT
                                    )   FORM
13         v.                        )
                                    )   Pretrial Conference: June 24, 2008
14 CELSO MARTEARENA-ARRIOLA         )
                                    )
15              Defendant.           )
                                    )
16

17     Pursuant to the Court's criminal pretrial order, defendant respectfully submits the

18 proposed verdict form appended hereto as *Exhibit A*.

19 Dated: June 17, 2008

20                                    Respectfully submitted,

21
                                      /s
22
                                      BARRY J. PORTMAN
23                                    Federal Public Defender

24

25

26

CR-08-0272 SI; DEF.'S PROPOSED VERDICT
FORM                                          1

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-0272 SI |
| Plaintiff, | ) ) | VERDICT |
| v. | ) ) | |
| CELSO MARTEARENA-ARRIOLA, | ) ) | |
| Defendant. | ) ) | |

We, the jury in the above-captioned case, unanimously find the defendant, Celso Martearean-Arriola, _____ *(Guilty or Not Guilty)* of being an alien who illegally reentered the United States after having been previously deported, in violation of 8 U.S.C. § 1326.


Dated: _____, 2008

_____
JURY FOREPERSON