1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2  BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  TRACIE L. BROWN (CSBN 184339)
   Assistant United States Attorney
5  LARA M. KROOP (CSBN 239512)
   Special Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, CA 94102
       Telephone: (415) 436-7200
8      Facsimile:  (415) 436-7234
       E-mail: Tracie.Brown@usdoj.gov
9              Lara.Kroop2@usdoj.gov

10 Attorneys for Plaintiff

11

12                       UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14                            SAN FRANCISCO DIVISION

15

| UNITED STATES OF AMERICA, | ) | No. CR 08-0272 SI |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | **NOTICE OF HEARING FOR MOTIONS IN LIMINE** |
|  | ) |  |
| v. | ) |  |
|  | ) | Pretrial Conf.: June 24, 2008 |
| CELSO MARTEARENA-ARRIOLA, | ) | Time: 3:30 p.m. |
|  | ) |  |
| Defendant. | ) |  |

The government hereby notices its Motions *in Limine* for hearing, before the Honorable Susan Illston, on June 24, 2008 at 3:30 p.m.


DATED: June 17, 2008            Respectfully submitted,

                                JOSEPH P. RUSSONIELLO
                                United States Attorney


                                _____/s/_____
                                LARA M. KROOP
                                Special Assistant United States Attorney

GOVT'S NOTICE OF HEARING
CR 08-0272 SI