JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

LARA M. KROOP (CSBN 239512)
Special Assistant United States Attorney

TRACIE L. BROWN (CSBN 188349)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Facsimile: (415) 436-7234
E-mail: Tracie.Brown@usdoj.gov
       Lara.Kroop2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>CELSO MARTEARENA-ARRIOLA,<br><br>     Defendant.<br>_____ | No. CR 08-0272 SI<br><br>**NOTICE OF ADDITIONAL COUNSEL** |

     This is to notify the court and all parties that effective immediately, Assistant United States Attorney (AUSA) Tracie L. Brown will be representing the United States the above-captioned case, in addition to SAUSA Lara M. Kroop.  Please include AUSA Brown in all future correspondence, pleadings, and notices.

///

///

///

CR 08-0272 SI
NTC. OF ADD'L COUNSEL      1

1    AUSA Brown's information is as follows:

2

3                               Tracie L. Brown
                                Assistant United States Attorney
                                450 Golden Gate Avenue, 11th Floor
4                               San Francisco, CA 94102
                                Telephone: (415) 436-6917
5                               Facsimile: (415) 436-7234
                                Email: tracie.brown@usdoj.gov
6

7    DATED: June 18, 2008                Respectfully submitted,

8                                        JOSEPH P. RUSSONIELLO
                                         United States Attorney
9

10                                       ___/s/_____
11                                       TRACIE L. BROWN
                                         Assistant United States Attorney
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CR 08-0272 SI
NTC. OF ADD'L COUNSEL            2