JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney
LARA M. KROOP (CSBN 239512)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7200
    Facsimile:  (415) 436-7234
    E-mail: Tracie.Brown@usdoj.gov
           Lara.Kroop2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0272 SI |
|     Plaintiff, ) | **GOVERNMENT'S PROPOSED VERDICT FORM** |
|     v. ) | Trial Date:  June 30, 2008 |
| CELSO MARTEARENA-ARRIOLA, ) | Pretrial Conf.:  June 24, 2008 |
|     Defendant. ) | |

GOVT'S PROP. VERDICT FORM
CR 08-0272 SI

We the Jury, find the defendant, CELSO MARTEARENA-ARRIOLA,

   _____   GUILTY

   _____   NOT GUILTY

of the crime of Being an Alien Found in the United States After Deportation, in violation of Title 8, United States Code, Section 1326, as charged in Count I of the Indictment.

_____
FOREPERSON

DATED: _____, 2008

GOVT'S PROP. VERDICT FORM
CR 08-0272 SI       2