JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
LARA M. KROOP (CSBN 239512)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-mail: Tracie.Brown@usdoj.gov
           Lara.Kroop2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>   v. )<br>CELSO MARTEARENA-ARRIOLA, )<br>      Defendant. )<br>_____ ) | No.  CR 08-0272 SI<br><br>**GOVERNMENT'S PROPOSED EXHIBIT LIST**<br><br>Trial Date:       June 30, 2008<br>Pretrial Conf.:   June 24, 2008 |

      Pursuant to this Court's Pretrial Order, the government here submits its list of proposed case-in-chief exhibits.  The government reserves the right to supplement or narrow this list as its pretrial preparations continue.

DATED: June 19, 2008          Respectfully submitted,

                        JOSEPH P. RUSSONIELLO
                        United States Attorney


                      _____/s/_____
                      TRACIE L. BROWN
                      Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CASE NO. <u>CR 08-0272 SI</u>                    DATE: <u> June 30, 2008    </u>

*United States v. Celso Martearena-Arriola*

EXHIBIT LIST

( X ) **Government**                              (   ) **Defendant**

| EXHIBIT NUMBER | Marked | Admitted | Basis for Admission | DESCRIPTION |
|---|---|---|---|---|
| 1 | | | Stipulation | Warrant of Deportation dated November 29, 1994 [CMA0419-0420] |
| 2 | | | Stipulation | Warrant of Deportation dated November 14, 1995 [CMA0085-0086] |
| 3 | | | Stipulation | Warrant of Removal/Deportation dated July 27, 1998 (verification of departure dated August 7, 1998) [CMA0083-0084] |
| 4 | | | Stipulation | Notice and Order of Expedited Removal dated February 20, 2001/Order of Removal dated June 21, 2001 [CMA0054] |
| 5 | | | Stipulation | Notice to Alien Ordered Removed/Departure Verification dated June 21, 2001 [CMA0053] |
| 6 | | | Stipulation | Sworn Statement dated February 20, 2001 [CMA0055-0057] |
| 7 | | | Stipulation | Warrant of Removal/Deportation dated April 27, 2005 [CMA0038-0039] |
| 8 | | | Stipulation | Sworn Statement dated April 9, 2008 [CMA0146-0148] |
| 9 | | | Stipulation | Fingerprint card dated April 7, 2008 |
| 10 | | | Stipulation | Fingerprint card dated February 20, 2001 |

| EXHIBIT NUMBER | Marked | Admitted | Basis for Admission | DESCRIPTION |
|---|---|---|---|---|
| 11 | | | Stipulation | Fingerprint card dated November 14, 1995 |
| 12 | | | Stipulation | Certificate of Nonexistence of Record ("CNER") [CMA0411] |
| 13 | | | Self-Authenticating | Certified record of 1997 conviction for misdemeanor false identification to a police officer  (A copy of this document will be Bates-labeled and provided when it is received by the U.S. Attorney's Office.) |
| 14 | | | Self-Authenticating | Certified record of 1995 conviction for felony perjury  (A copy of this document will be Bates-labeled and provided when it is received by the U.S. Attorney's Office.) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

2