JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH(CABN 163973)
Chief, Criminal Division

TRACIE L. BROWN (CABN 184339)
Assistant United States Attorney

LARA M. KROOP (CABN 239512)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7200
   FAX: (415) 436-7234
   E-mail: Tracie.Brown@usdoj.gov
          Lara.Kroop2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0272 SI |
|     Plaintiff, | GOVERNMENT'S STATEMENT OF NON-OPPOSITION TO CERTAIN OF DEFENDANT'S MOTIONS *IN LIMINE* |
|     v. | |
| CELSO MARTEARENA-ARRIOLA, | Pre-Trial Conf: June 24, 2008 |
|     Defendant. | Time: 3:30 p.m. |

The government does not oppose certain of Defendant's Motions *in Limine*.[1] The government does not oppose the following motions:

///

///

---

[1] The government does oppose Defendant's Motion *in Limine* to Exclude Prior Convictions and the government presented its arguments on this issue in its own Motion *in Limine* to Admit Rule 609 Evidence.

GOV'T'S STATEMENT OF NON-OPP.
CR 08-0272 SI

1

1 • Defendant's Motion *in Limine* to Sequester Witnesses; and

2 • Defendant's Motion *in Limine* to Exclude the Mexican Birth Certificate.

4 DATED: June 20, 2008                Respectfully submitted,
                                      JOSEPH P. RUSSONIELLO
5                                     United States Attorney

7                                     _____/s/_____
                                      LARA M. KROOP
8                                     Special Assistant United States Attorney

GOV'T'S STATEMENT OF NON-OPP.
CR 08-0272 SI

2