IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CELSO MARTEARENA-ARRIOLA,

    Defendant.
                                   /

No. CR 08-0272 SI

**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR CONSIDERATION OF COUNSEL**

This case is referred to a Magistrate-Judge to determine whether appointment of new counsel is required in order to complete adjudication of this matter. Said hearing should take place, if possible, on Tuesday, June 24, 2008 in the morning, since the Final Pretrial Conference in the action is currently scheduled for 3:30 p.m. on June 24, 2008.

**IT IS SO ORDERED.**

Dated: June 23, 2008

                                          SUSAN ILLSTON
                                          United States District Judge