| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 3 min. | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Simone Voltz | | | REPORTER/FTR<br>10:48-10:51 | | |
| MAGISTRATE JUDGE<br>Nandor J. Vadas | | DATE<br>June 24, 2008 | | | NEW CASE<br>☐ | CASE NUMBER<br>CR 08-0272 SI | |
| **APPEARANCES** | | | | | | | |
| DEFENDANT<br>Calso Martearena-Arriola | | AGE<br>Y | CUST<br> | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Barry J. Portman | PD. ☐ RET. ☐<br>APPT. ☐ | |
| U.S. ATTORNEY<br>Lara Kroop | | INTERPRETER | | | FIN. AFFT ☐<br>SUBMITTED | COUNSEL APPT'D ☐ | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES | |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | | |
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | | ☐ MOTION | | ☐ JUGM'T & SENTG | ☐ STATUS | |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | | ☐ BOND HEARING | | ☐ INITIAL APPEAR<br>REV PROB OR S/R | ☐ OTHER | |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | ☒ ATTY APPT<br>HEARING | |
| **INITIAL APPEARANCE** | | | | | | | |
| ☐ ADVISED<br>OF RIGHTS | ☐ ADVISED<br>OF CHARGES | | ☐ NAME AS CHARGED<br>IS TRUE NAME | | ☐ TRUE NAME: | | |
| **ARRAIGNMENT** | | | | | | | |
| ☐ ARRAIGNED ON<br>INFORMATION | ☐ ARRAIGNED ON<br>INDICTMENT | | ☐ READING WAIVED<br>SUBSTANCE | | ☐ WAIVER OF INDICTMENT FILED | | |
| **RELEASE** | | | | | | | |
| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | | AMT OF SECURITY<br>$ | | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE: | |
| PROPERTY TO BE POSTED<br>☐ CASH $ | | | CORPORATE SECURITY ☐ | | | REAL PROPERTY: ☐ | |
| ☐ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☒ REMANDED<br>TO CUSTODY | |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | |
| **PLEA** | | | | | | | |
| ☐ CONSENT<br>ENTERED | ☐ NOT GUILTY | | ☐ GUILTY | | GUILTY TO COUNTS: ☐ | | |
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT<br>FILED | | OTHER: | | |
| **CONTINUANCE** | | | | | | | |
| TO:<br>6/25/08 | ☒ ATTY APPT<br>HEARING | | ☐ BOND<br>HEARING | | ☐ STATUS RE:<br>CONSENT | ☐ STATUS /<br>TRIAL SET | |
| AT:<br>9:30AM | ☐ SUBMIT FINAN.<br>AFFIDAVIT | | ☐ PRELIMINARY<br>HEARING OR<br>ARRAIGN-<br>MENT | | ☐ CHANGE OF<br>PLEA | ☐ OTHER | |
| BEFORE HON.<br>NJV | ☐ DETENTION<br>HEARING | | | | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING | |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | | ☐ IDENTITY /<br>REMOVAL<br>HEARING | | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP REV.<br>HEARING | |
| **ADDITIONAL PROCEEDINGS** | | | | | | | |

6/25/08 at 9:30 a.m. before Judge Vadas to appoint Private or CJA Counsel for Defendant. Letter submitted to be filed under seal.
cc: NJV, SI, Pretrial

FILED
JUN 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOCUMENT NUMBER: