1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH(CABN 163973)
3  Chief, Criminal Division

4  TRACIE L. BROWN (CABN 184339)
   Assistant United States Attorney
5
   LARA M. KROOP (CABN 239512)
6  Special Assistant United States Attorney

7     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
8     Telephone: (415) 436-7200
      FAX: (415) 436-7234
9     E-mail: Tracie.Brown@usdoj.gov
              Lara.Kroop2@usdoj.gov
10

11  Attorneys for Plaintiff

12
                    UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14
                      SAN FRANCISCO DIVISION
15

16  UNITED STATES OF AMERICA,           )      No. CR 08-0272 SI
                                        )
17        Plaintiff,                    )      [PROPOSED] ORDER TO VACATE
                                        )      JURY TRIAL DATE
18     v.                               )
                                        )
19  CELSO MARTEARENA-ARRIOLA,           )
                                        )
20        Defendant.                    )
                                        )
21  _____)

22
          The parties appeared before the Honorable Nandor J. Vadas on June 24, 2008.  At that
23
    time, defense counsel Barry Portman was relieved.  Mr. Portman having been relieved, and new
24
    counsel having not yet been appointed or retained, the jury trial scheduled for June 30, 2008 at
25
    8:30 a.m. is hereby vacated.
26
          The previously-filed motions in limine toll the running of the Speedy Trial clock
27
    pursuant to 18 U.S.C. § 3161(h)(1)(F).
28

    PROPOSED ORDER TO VACATE
    CR 08-0272 SI
                                            1

1    The parties are ordered to appear before this Court on _____, 2008 at 11:00 a.m.

2    for a status update.

3

4    IT IS SO ORDERED.

5

6

7

     DATED:                                              _____

8                                                        THE HONORABLE SUSAN ILLSTON
                                                         United States District Court Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER TO VACATE
CR 08-0272 SI