1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH(CABN 163973)
   Chief, Criminal Division
4  TRACIE L. BROWN (CABN 184339)
   Assistant United States Attorney
5
6  LARA M. KROOP (CABN 239512)
   Special Assistant United States Attorney
7     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
8     Telephone: (415) 436-7200
      FAX: (415) 436-7234
9     E-mail: Tracie.Brown@usdoj.gov
              Lara.Kroop2@usdoj.gov
10
11 Attorneys for Plaintiff

12                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14
15                       SAN FRANCISCO DIVISION

16 UNITED STATES OF AMERICA,        )    No. CR 08-0272 SI
                                    )
17         Plaintiff,               )    [PROPOSED] ORDER TO VACATE
                                    )    JURY TRIAL DATE
18    v.                            )
                                    )
19 CELSO MARTEARENA-ARRIOLA,        )
                                    )
20         Defendant.               )
   ─────────────────────────────────)
21

22        The parties appeared before the Honorable Nandor J. Vadas on June 24, 2008.  At that
23
   time, defense counsel Barry Portman was relieved.  Mr. Portman having been relieved, and new
24
   counsel having not yet been appointed or retained, the jury trial scheduled for June 30, 2008 at
25
   8:30 a.m. is hereby vacated.
26
          The previously-filed motions in limine toll the running of the Speedy Trial clock
27
   pursuant to 18 U.S.C. § 3161(h)(1)(F).
28
   PROPOSED ORDER TO VACATE
   CR 08-0272 SI
                                           1

1    The parties are ordered to appear before this Court on __7/11____, 2008 at 11:00 a.m.

2   for a status update.

3

4   IT IS SO ORDERED.

5

6

7

8   DATED: _____
    _____
    THE HONORABLE SUSAN ILLSTON
    United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER TO VACATE
CR 08-0272 SI