**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
19TH FLOOR FEDERAL BUILDING - BOX 36106
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (415) 436-7700
Fax (415) 436-7706

FILED
2008 JUN 26 AM 11: 44
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

June 24, 2008

Wings Hom
Courtroom Deputy to Magistrate Judge Nandor Vadas
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    United States v. Celso Martearena-Arriola
             CR-08 272 SI

Dear Wings:

    This letter will confirm our telephone conversation this date that Robert Waggener, a member of this district's CJA Panel, will accept the appointment to represent the defendant in the above entitled case. Mr. Waggener is in state court on the mornings of June 25 and June 26. He will appear at 9:30 a.m. on June 27 before Judge Vadas for identification of counsel. I checked with Judge Illston and she has vacated the trial and pre-trial dates so there should be no problem with Mr. Waggener's delayed appearance.

Sincerely,

*Barry*
Barry J. Portman

cc: AUSA Lara Kroop
     Robert Waggener, Esq.