**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 7/11/08

Case No.   CR-08-0272 SI              Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- CELSO MARTEARENA-ARRIOLA (C)

Attorneys:   Kroop & Brown              Waggener

Deputy Clerk: Tracy Sutton  Court Reporter: McVickar

**PROCEEDINGS**

1)  Status - HELD
2)
3)
Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN      (  ) SUBMITTED
                                             PART

Case continued to   **@ 11:00 a.m.**    for

Case continued to   **@ 11:00 a.m.**    for Motions
(Motion due , Opposition  Reply )

Case continued to **8/12/08 @ 3:00 P.M.**  for Pretrial Conference

Case continued to **8/18/08 @ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _____
**Delay begins:         Delay ends:**
(                    )

ORDERED AFTER HEARING:
All motions in limine are withdrawn and shall be re-filed.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )