7-13-08

JUL 1 7 2008

Honorable Judge Susan Illston,

Im takeing time to write you this letter to clearify, and appologize for the way I acted on July 11, 2008 in your court Rm. First off I did not mean any of the comments to you! They were actually directed to the prosecutor. Im appologizeing for any inconvience caused to you. My english is not the best since I just know the basics. I can not express myself the way I want to! So there for its hard for me to do so. Please forget about what I ever said in the court Rm, please dont take it as a disrespet to you.

Sincerly,
Celio Monteavero

No CR-08-0272 SI

RECEIVED

JUL 1 6 2008

Clerk, U.S. District Court
Northern District of California