1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN STRETCH (CABN 163973)
   Chief, Criminal Division
4  TRACIE L. BROWN (CABN 184339)
   Assistant United States Attorney
5  LARA M. KROOP (CABN 239512)
   Special Assistant United States Attorney
6
7    450 Golden Gate Avenue
     San Francisco, California  94102
8    Telephone: (415) 436-7129
     Facsimile: (415) 436-7234
9    E-Mail: Lara.Kroop2@usdoj.gov
10 Attorneys for the United States
11
                UNITED STATES DISTRICT COURT
12
                NORTHERN DISTRICT OF CALIFORNIA
13
                   SAN FRANCISCO DIVISION
14
                                         )  Criminal No. CR 08-0272 SI
15 UNITED STATES OF AMERICA,             )
                                         )
16       Plaintiff,                      )
                                         )  **[PROPOSED] ORDER AND**
17       v.                              )  **STIPULATION EXCLUDING TIME**
                                         )  **FROM JUNE 16, 2008 TO AUGUST 18,**
18 CELSO MARTEARENA-ARRIOLA,             )  **2008**
                                         )
19       Defendant.                      )
                                         )
20 _____)
21
22       The parties appeared before the Honorable Susan Illston on July 11, 2008.
23 The parties agree that the Court found and held as follows:
24       1.  Time was excluded from June 16, 2008 through July 11, 2008 under the Speedy Trial
25 Act, 18 U.S.C. § 3161(h)(1)(F) because pretrial motions were filed on that day and were not
26 decided as of July 11, 2008.  Both parties will withdraw their pretrial motions and file new
27 motions.
28
   **[PROPOSED[ ORDER AND**
   **STIPULATION EXCLUDING TIME**
   **CR 08-0272 SI**

2. There is an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from July 11, 2008 to August 18, 2008, in light of the need for the defendant's newly appointed counsel to review discovery and to prepare for trial. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery and prepare for trial with the defendant. The defendant asserted his right to a speedy trial but the Court informed the defendant of the bases for an exclusion of time.

3. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 11, 2008 to August 18, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

4. Accordingly the Court ordered that the period from July 11, 2008 to August 18, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 7/22/08            /s/
                          ROBERT WAGGENER
                          Counsel for Celso Martearena-Arriola

DATED: 7/22/08            /s/
                          LARA M. KROOP
                          Special Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____        _____
                          THE HON. SUSAN ILLSTON
                          United States District Court Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0272 SI                              2