JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TRACIE L. BROWN (CABN 184339)
Assistant United States Attorney
LARA M. KROOP (CABN 239512)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7129
    FAX: (415) 436-7234
    Email: Tracie.Brown@usdoj.gov; Lara.Kroop2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0272 SI |
| ) | |
|     Plaintiff, ) | NOTICE OF WITHDRAWAL OF GOVERNMENT'S PREVIOUSLY FILED PRETRIAL MOTIONS |
| ) | |
|     v. ) | |
| ) | |
| CELSO MARTEARENA-ARRIOLA, ) | |
| ) | |
|     Defendant. ) | |
| ) | |

    The government hereby withdraws its pretrial motions filed for the June 30, 2008 trial date. The government will file its pretrial motions for the August 18, 2008 trial in compliance with the Court's Pretrial Order.

DATED: August 4, 2008        Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                      United States Attorney


                                    _____/s/_____
                                    LARA M. KROOP
                                    Special Assistant United States Attorney

NOT. WITHDRAWAL MOT.
CR 08-0272 SI