

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*11th Floor, Federal Building*     *(415) 436-7200*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California  94102*     *FAX:(415) 436-7234*

August 6, 2008

*Via Hand Delivery*

The Honorable Judge Susan Illston
United States District Court - Northern District of California
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

     Re:    <u>United States v. Celso Martearena-Arriola</u>, CR 08-0272 SI

Your Honor:

    On August 4, 2008, the government withdrew its Motions *in Limine* for the June 30, 2008 trial date and filed its Motions *in Limine* for the August 18, 2008 trial date.

    The government does not intend to refile its other trial papers, with the exception of an updated witness list, unless the Court would like the government to refile. There have been no changes to the trial papers other than the witness list.

                              Sincerely,

                              JOSEPH P. RUSSONIELLO
                              United States Attorney


                            _____/s/_____
                            LARA M. KROOP
                            Special Assistant United States Attorney

cc: Robert Waggener, Esq.