# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

*FILED*
*AUG 12 AM 11: 18*
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DIST. OF CALIF.

---

UNITED STATES OF AMERICA,

V.

*E-filing*

CR08-0272 SI

CELSO MARTEARENA-ARRIOLA

DEFENDANT(S).

---

# SUPERSEDING INDICTMENT

VIOLATION:
Title 8, United States Code, Section 1326 - An Alien Deported after
Conviction for an Aggravated Felony Found in the United States

---

A true bill.

_anguhalumenance_
Foreman

Filed in open court this __12th__ day of __Aug. 2008__

_Karen L. Hor_          KAREN L. HOM
                              Clerk
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Bail, $ __no proven__

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☒ SUPERSEDING

─── **OFFENSE CHARGED** ───

Title 8 U.S.C., Section 1326 - An Alien Deported after Conviction for an Aggravated Felony Found in the United States (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Maximum Prison Term of 20 Years;
Maximum Fine of $250,000;
Maximum Term of Supervised Release of 3 years;
Mandatory Special Assessment of $100.

─────────── **PROCEEDING** ───────────

Name of Complaintant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

**SHOW DOCKET NO.**

☐ U.S. ATTORNEY   ☐ DEFENSE }

☐ this prosecution relates to a pending case involving this same defendant

**MAGISTRATE CASE NO.**

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under } 3-08-70222 JL

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Lara M. Kroop

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

─── **DEFENDANT - U.S** ───

▶ CELSO MARTEARENA-ARRIOLA

DISTRICT COURT NUMBER

CR 08-0272 SI

E-filing

**DEFENDANT**

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes   ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year   4/16/2008

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3

4

5

**E-filing**

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11

12 | UNITED STATES OF AMERICA,                )        No. CR 08-0272 SI
                                                                                  )
13 |           Plaintiff,                                     )        VIOLATION: Title 8, United States
                                                                                  )        Code, Section 1326 – An Alien Deported
14 |     v.                                                       )        after Conviction for an Aggravated
                                                                                  )        Felony Found in the United States
15 | CELSO MARTEARENA-ARRIOLA,           )
                                                                                  )
16 |           Defendant.                                  )        SAN FRANCISCO VENUE
                                                                                  )
17 | _____)

18

19 | <u>S U P E R S E D I N G   I N D I C T M E N T</u>

20 | The Grand Jury charges:

21 |           On or about November 29, 1994, November 14, 1995, August 7, 1998, June 21, 2001,

22 | and April 27, 2005, the defendant,

23 |                                     CELSO MARTEARENA-ARRIOLA,

24 | an alien, was excluded, deported and removed from the United States, and thereafter, on or about

25 | April 9, 2008, was found in the Northern District of California, the Attorney General of the

26 | United States and the Secretary of Homeland Security not having expressly consented to a

27 | re-application by the defendant for admission into the United States, in violation of Title 8, United

28 | States Code, Section 1326.

SUPERSEDING INDICTMENT

1    It is further alleged that the defendant was removed from the United States subsequent to

2    the date of conviction for an aggravated felony.

3    DATED:                              A TRUE BILL.

4
      8/12/08
5                                        _____
                                         FOREPERSON
6
      JOSEPH P. RUSSONIELLO
7     United States Attorney

8
9     _____
      KYLE WALDINGER
10    Deputy Chief, Major Crimes Section

11    (Approved as to form: _____ )
12                              SAUSA KROOP

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPERSEDING INDICTMENT