# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

Date: 8/12/08

Case No.   CR-08-0272 SI                    Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- CELSO MARTEARENA-ARRIOLA (C)(p)
Spanish Interp: Tonelli

Attorneys:   Kroop & Brown              Waggener

Deputy Clerk: Tracy Sutton   Court Reporter: L. Zinn

### PROCEEDINGS

1)  Status - HELD
2)  
3)  
Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition : (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN     (  ) SUBMITTED
                                                PART

Case continued to   @ 11:00 a.m.   for

Case continued to   @ 11:00 a.m.   for Motions
(Motion due , Opposition  Reply )

Case continued to 8/19/08 @ 3:00 P.M.  for Pretrial Conference

Case continued to 8/21/08 @ 8:30 a.m.  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _____
**Delay begins:        Delay ends:**
(              )

ORDERED AFTER HEARING:
The parties will have the defendant arraigned on the superceding indictment before the duty magistrate on 8/18/08 at 9:30 a.m.

Cc: Karen Hom


(SPEEDY TRIAL DEADLINE AS OF TODAY: )