# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - San Francisco Division

## JURY REQUEST SHEET

This form is to be completed and submitted to Jury no later than

**MONDAY**, one week prior to the jury trial's date.

This trial is to begin before **JUDGE SUSAN ILLSTON.**

on THURSDAY, AUGUST 21, 2008 at 8:30 A.M.

**CRIMINAL** Jury Trial
Case # CR-08-0272 SI   USA v. MARTEARENA-ARRIOLA

Charge illegal re-entry

**CIVIL** Jury Trial
Case #    v.

Type of case

**Number of Jurors:**         **Criminal - 45**         **Civil - 25**

    If **CIVIL**, how many jurors will be selected? 14

    Trial is estimated to last 3 working days.

    Will there be extra challenges?

    If YES, how many?

Is this a re-trial? No
  Date of original trial

Is this a related case? Related case # n/a
Related case's trial date

Date:   August 14, 2008 (11:15am)          by: Tracy Sutton
                                   (Courtroom Deputy)

                            Extension: _____