JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
LARA M. KROOP (CSBN 239512)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-7200
   Facsimile:  (415) 436-7234
   E-mail: Tracie.Brown@usdoj.gov
          Lara.Kroop2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 08-0272 SI |
| Plaintiff, | ) ) | **GOVERNMENT'S *SECOND* SUPPLEMENTAL RULE 16 NOTICE OF EXPERT TESTIMONY** |
| v. | ) ) | |
| CELSO MARTEARENA-ARRIOLA, | ) ) | Trial Date:      August 21, 2008<br>Pretrial Conf.:   August 19, 2008 |
| Defendant. | ) ) | |

     Pursuant to Rule 16(a)(1)(G), the government here supplements its previously-filed Notice of Expert Testimony (docket 11, filed June 13, 2008) and Supplemental Notice of Expert Testimony (docket 29, filed June 20, 2008) , relating to the proposed testimony of Kenneth Woods, Senior Fingerprint Specialist with the U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE), at the Forensic Document Laboratory (FDL) in McLean, Virginia.

**I.     ADDITIONAL FINDINGS.**

     Senior Fingerprint Specialist Woods recently reviewed a September 24, 1993 Santa Clara

GOVT'S 2d SUPP. EXPERT NOTICE
CR 08-0272 SI

County "ID Sheet" (with reference number 93 39395), that contains inked or known fingerprint impressions (hereafter, "1993 Santa Clara ID Sheet"). Using the same ACE-V methodology previously described in the Supplemental Notice of Expert Testimony (docket 29), Mr. Woods analyzed, compared and evaluated the inked or known fingerprints on the 1993 Santa Clara ID Sheet with reference to the eight previously-reviewed ICE documents described in detail in his April 22, 2008 report (which was attached as Exhibit A to the Notice of Expert Testimony (docket 11)).

Using the ACE-V methodology, Mr. Woods concluded that the inked prints on the 1993 Santa Clara ID Sheet have ridge characteristics and formations that are similar to, and have no inexplicable dissimilarities with, the eight previously-reviewed ICE documents described in his April 22, 2008 report. Mr. Woods thus determined that the prints on the 1993 Santa Clara ID Sheet were made by the same individual who made the prints on the eight previously-reviewed ICE documents.

DATED: August 15, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
TRACIE L. BROWN
Assistant United States Attorney