JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney
LARA M. KROOP (CSBN 239512)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7200
    Facsimile:  (415) 436-7234
    E-mail: Tracie.Brown@usdoj.gov
           Lara.Kroop2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0272 SI |
|     Plaintiff, ) | **GOVERNMENT'S REVISED PROPOSED VERDICT FORM** |
| v. ) | |
| CELSO MARTEARENA-ARRIOLA, ) | Trial Date:    August 21, 2008<br>Pretrial Conf.:  August 19, 2008 |
|     Defendant. ) | |

1. We, the Jury, find the defendant, CELSO MARTEARENA-ARRIOLA,

_____    GUILTY

_____    NOT GUILTY

of the crime of Being an Alien Found in the United States After Deportation, in violation of Title 8, United States Code, Section 1326, as charged in Count I of the Indictment.

(*If your verdict above was GUILTY, please answer the following:*)

2. We, the Jury, further find that the defendant, CELSO MARTEARENA-ARRIOLA,

_____    WAS DEPORTED OR REMOVED

_____    WAS NOT DEPORTED OR REMOVED

after his conviction for being a felon in possession of a firearm.

_____
FOREPERSON

DATED: _____, 2008