JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
LARA M. KROOP (CSBN 239512)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-7200
   Facsimile:  (415) 436-7234
   E-mail: Tracie.Brown@usdoj.gov
          Lara.Kroop2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CELSO MARTEARENA-ARRIOLA,<br><br>    Defendant. | No. CR 08-0272 SI<br><br>**GOVERNMENT'S *AMENDED* PROPOSED EXHIBIT LIST**<br><br>Trial Date:    August 21, 2008<br>Pretrial Conf.:    August 19, 2008 |

Pursuant to this Court's Pretrial Order, the government here submits its list of proposed case-in-chief exhibits. The government reserves the right to supplement or narrow this list as its pretrial preparations continue.

DATED: August 15, 2008    Respectfully submitted,

                                JOSEPH P. RUSSONIELLO
                                United States Attorney


                                _____/s/_____
                                TRACIE L. BROWN
                                Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CASE NO. CR 08-0272 SI                              DATE: August 21, 2008

*United States v. Celso Martearena-Arriola*

EXHIBIT LIST

( X ) **Government**                                  (  ) **Defendant**

| EXHIBIT NUMBER | Marked | Admitted | Basis for Admission | DESCRIPTION |
|---|---|---|---|---|
| 1 | | | Stipulation | Warrant of Deportation dated November 29, 1994 [CMA0419-0420] |
| 2 | | | Stipulation | Warrant of Deportation dated November 14, 1995 [CMA0085-0086] |
| 3 | | | Stipulation | Warrant of Removal/Deportation dated July 27, 1998 (verification of departure dated August 7, 1998) [CMA0083-0084] |
| 4 | | | Stipulation | Notice and Order of Expedited Removal dated February 20, 2001/Order of Removal dated June 21, 2001 [CMA0054] |
| 5 | | | Stipulation | Notice to Alien Ordered Removed/Departure Verification dated June 21, 2001 [CMA0053] |
| 6 | | | FRE 801(d)(2)(A), 803(8) | Sworn Statement dated February 20, 2001 [CMA0055-0057] |
| 7 | | | Stipulation | Warrant of Removal/Deportation dated April 27, 2005 [CMA0038-0039] |
| 8 | | | FRE 801(d)(2)(A), 803(8) | Sworn Statement dated April 9, 2008 [CMA0146-0148] |
| 9 | | | FRE 803(8) | Fingerprint card dated April 7, 2008 |

1

| EXHIBIT NUMBER | Marked | Admitted | Basis for Admission | DESCRIPTION |
|---|---|---|---|---|
| 10 | | | FRE 803(8) | Fingerprint card dated February 20, 2001 |
| 11 | | | FRE 803(8) | Fingerprint card dated November 14, 1995 |
| 12 | | | Stipulation | Certificate of Nonexistence of Record ("CNER") [CMA0411] |
| 13 | | | FRE 902 | Certified record of 1997 conviction for misdemeanor false identification to a police officer  (A copy of this document will be Bates-labeled and provided when it is received by the U.S. Attorney's Office.) |
| 14 | | | FRE 902 | Certified record of 1995 conviction for felony perjury  (A copy of this document will be Bates-labeled and provided when it is received by the U.S. Attorney's Office.) |
| 15 | | | FRE 902 | September 24, 1993 Santa Clara County ID Sheet, No. 93 39395 |
| 16 | | | FRE 902 | September 27, 1993 Felony Complaint, Santa Clara County Superior Court, CEN No. 9339395 |
| 17 | | | FRE 902 | November 15, 1993 Abstract of Judgment - Prison Commitment, Santa Clara County Superior Court |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |