# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

Date: 8/19/08

Case No.    CR-08-0272  SI              Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- CELSO MARTEARENA-ARRIOLA (C)(p)

Attorneys:   Kroop & Brown              Waggener

Deputy Clerk: Tracy Sutton  Court Reporter: L. Zinn

### PROCEEDINGS

1)  Final Pretrial Conference - HELD
2)
3)

Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED
                                              PART

Case continued to   @ 11:00 a.m.    for

Case continued to   @ 11:00 a.m.    for Motions
(Motion due , Opposition  Reply )

Case continued to **8/26/08 @ 2 p.m.** for Pretrial Conference

Case continued to **8/27/08 @ 8:30 a.m.** for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _____
**Delay begins:         Delay ends:**
(              )

ORDERED AFTER HEARING:

(SPEEDY TRIAL DEADLINE AS OF TODAY: )