ROBERT WAGGENER - SBN: 118450
LAW OFFICE OF ROBERT WAGGENER
214 Duboce Avenue
San Francisco, California 94103
Phone:      (415) 431-4500
Fax:         (415) 255-8631
E-Mail:     rwlaw@mindspring.com

Attorney for Defendant CELSO MARTEARENA-ARRIOLA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR08 0272 SI |
| Plaintiff, | **NOTICE OF ADDITIONAL COUNSEL** |
| v. | |
| CELSO MARTEARENA-ARRIOLA, | |
| Defendant.                                            / | |

This is to notify the court and all parties that effective immediately, Blair Perilman (SBN: 255956) will be representing the defendant in the above-captioned case, in addition to Robert Waggener. Please include Ms. Perilman in all future correspondence, pleadings, and notices. Ms. Perilman's information is as follows:

>    Blair Perilman, Esq.
>    214 Duboce Avenue
>    San Francisco, CA 94103
>    Telephone:   (415) 595-0536
>    Facsimile:    (415) 255-8631
>    E-Mail:        bperilman@gmail.com

Dated: August 25, 2008                    Respectfully submitted,
                                                            LAW OFFICE OF ROBERT WAGGENER

                                                            By:  _____/s/_____
                                                                    BLAIR PERILMAN

**NOTICE OF COUNSEL**                                                                        C:\Data\FD\NOC.cma.wpd