**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 8/26/08

Case No.   CR-08-0272  SI             Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- CELSO MARTEARENA-ARRIOLA (C)(p)
Sp. Intp: Basker & Rhine-Medina

Attorneys:   Kroop & Brown              Waggener

Deputy Clerk: Tracy Sutton   Court Reporter: L. Zinn

**PROCEEDINGS**

1)  Final Pretrial Conference - HELD
2)
3)
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN      ( ) SUBMITTED
                                                   PART

Case continued to **11/21/08  @ 11:00 a.m.**   for Judgment & Sentence

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to **8/26/08 @ 2 p.m.** for Pretrial Conference

Case continued to **8/27/08 @ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _____
**Delay begins:        Delay ends:**
(            )

ORDERED AFTER HEARING:
The defendant entered into an open plea agreement with the Govt. (No agreement filed)
The defendant plead guilty to a single count Superceding Indictment.

The trial is vacated.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )