FILED

AUG 2 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case Number ____ _CR08-272_____ SI

Defendant's Name _Celso Martearena-Arriola_

Defense Counsel _Waggener_

Due Date ____ S   11/21/08 @  11 AM__

## NOTICE TO DEFENSE COUNSEL

The Court has directed that a ____✓____ Presentence Investigation

_____ Bail Investigation

_____ Bail Supervision

_____ Postsentence Investigation

_____ 4244

be conducted on the above-named defendant. So that the investigation/
supervision can be completed promptly, please go to the <u>PROBATION
OFFICE, ROOM 17-6884, 17th floor, BEFORE LEAVING THE
COURTHOUSE TODAY</u> to make the necessary arrangements.

--------------------------------------------

For use of Courtroom Deputies:
Is defendant in custody?         _Yes_
Is defendant English speaking?   _No_  _Spanish_
What is defendant's address?

Richard W. Wieking, Clerk

by:_____Sutton_____
        T. Sutton, Deputy Clerk

_____

_____

cc: U.S. Probation Office